J. HERBERT GRANT, Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

*Grant* v. *City of Rochester*, 79 App. Div. 460, affirmed.
(Argued May 5, 1903; decided May 19, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 30, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William A. Sutherland* for appellant.

*Porter M. French* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and VANN JJ. Absent: HAIGHT, J.